JASON C. TUREM — DC# [illegible]
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FLORIDA 32083-0800

July 18th, 2022

3:22-cv-795-MMH-MCR

United States District Court
Attn.: Hon. Clerk of Court
300 N. Hogan St., Suite 9-150
Jacksonville, FL. 32202-4271

Legal Mail
Provided to Florida State Prison on 7/18/22 for mailing by [signature]

FILED 2022 JUL 22 AM 11:56 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

RE: Emergency Legal Correspondence

Honorable Clerk of Court:

I respectfully write you this "privileged & not to be disclosed" legal communication informing you that FSP mailroom, grievance coordinators, law library, & food service official's/supervisor's/administrator's campaigns of retaliations, reprisals, abuses, intentional misconducts & bad acts under color of law are about to have me commit suicide, thus I want it on the record of who's responsible. I wish for you to know that I've informed FDOC, FSP & Mental Health Doctor Emanoilidis of my intentions if I'm not transfered from FSP by August 20th, 2022, that I plan thereafter to commit suicide. I have a long documented history of near suicide attempts. Your Honor, I simply, cannot, any longer, take what they're doing to me here at FSP. It's pushed me to the breaking point.

Your Honor, I want you to also know in the event of my demise, my brother Officer Joshua D. Gardner-Hyden at cell # (813) 731-6020, I lawfully assign next of kin, executor, & full power of attorney, as well I give him sole legal rights to sue aforementioned FSP parties.

Lastly your Honor, my brother Ofc. Hyden, the Leon County Circuit Court, 1st DCA, Florida Supreme Court, Florida Governor, FDOC & FSP have recorded & documented records, statements, grievances & surveillance documentation on files of prima facie evidence of past & present retaliations, reprisals, abuses, threats, starvation/underserving foods, intentional misconducts & denial of inpatient mental health, against me, by & from FSP officials, supervisors, & administrators. I've promised my brother Ofc. Hyden I'd give FDOC & FSP until August 20th, 2022, to fix & transfer me before I act on my suicidal ideations. Your Honor, thank you for reading this legal letter. THIS IS CONFIDENTIAL/PRIVILEGED LEGAL COMMUNICATIONS NOT TO BE DISCLOSED EXCEPT TO MY BROTHER OFC. HYDEN UPON MY DEMISE.

Executed, signed & mailed this 18th day of July, 2022.   /s/ [signature]